IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13 CV 040

DUKE ENERGY CAROLINAS, LLC,　　)
　　　　　　　　　　　　　　　　)
　　Plaintiff　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　V　　　　　　　　　　　　　　)　　**ORDER**
　　　　　　　　　　　　　　　　)
FRONTIER COMMUNICATIONS OF　　　)
THE CROLINAS, LLC,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　Defendant.　　　　　　　　　 )

**THIS MATTER** is before the Court on Matthew G.T. Martin's Application for Admission to Practice *Pro Hac Vice* of Allen M. Estes. It appearing that Allen M. Estes is a member in good standing with the Alabama State Bar and will be appearing with Matthew G.T. Martin, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Matthew G.T. Martin's Application for Admission to Practice *Pro Hac Vice* (#8) of Allen M. Estes is **GRANTED**, and

that Allen M. Estes is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Matthew G.T. Martin.

Signed: December 9, 2013

Dennis L. Howell
United States Magistrate Judge