IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13 CV 040

| | |
|---|---|
| DUKE ENERGY CAROLINAS, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| FRONTIER COMMUNICATIONS OF ) | |
| THE CROLINAS, LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on W. Perry Fisher, II's Application for Admission to Practice *Pro Hac Vice* of Claire J. Evans. It appearing that Claire J. Evans is a member in good standing with the Washington DC Bar and will be appearing with W. Perry Fisher, II, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that W. Perry Fisher, II's Application for Admission to Practice *Pro Hac Vice* (#16) of Claire J. Evans is **GRANTED**,

and that Claire J. Evans is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with W. Perry Fisher, II.

Signed: January 8, 2014

Dennis L. Howell
United States Magistrate Judge